# UNITED STATES DISTRICT COURT

_____ DISTRICT OF MASSACHUSETTS _____

UNITED STATES OF AMERICA

V.

TODD W. SHAYS

(DOB: 12/14/74)

**CRIMINAL COMPLAINT**

CASE NUMBER: 03-1770-CBS

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. In or about <u>December 17, 2002</u>, in the District of <u>**Massachusetts**</u> defendant, (Track Statutory Language of Offense)

    did knowingly or intentionally possess a control substance, to wit, cocaine,

in violation of Title __21__ United States Code, Section __844(a)__.

I further state that I am an <u>ATF Special Agent</u> and that this complaint is based on the following facts:
                       Official Title

    <u>See</u> attached Affidavit of Michael P. Curran.

Continued on the attached sheet and made a part hereof:   [x] Yes    [ ] No

_Signature of Complainant_
Special Agent Michael P. Curran
Alcohol, Tobacco, Firearms & Explosives

Sworn to before me and subscribed in my presence,

November 19, 2003      at    Boston, Massachusetts
Date                                     City and State

CHARLES B. SWARTWOOD, III
<u>United States Magistrate Judge</u>
Title of Judicial Officer                    Signature of Judicial Officer