## MAGISTRATE JUDGE CLERK NOTES

| | |
|---|---|
| Magistrate Judge: __Charles B. Swartwood, III__ | Date: __December 16, 2003__ |
| Courtroom Clerk: __Roland__ | Time In Court: __30 min__ |
| Case: USA v. __Todd Shays__ | Case Number: __03-1770__ |
| AUSA: __Hodgens for Leoney__ | Defense Counsel: __Ryan__ |
| PTSO/PO: __Vangie__ | Recording Time: __11:32 A__ |

## TYPE OF HEARING

[X] **Initial Appearance**
[ ]   Arrested:   [ ] on warrant   [ ] on probable cause
[ ]   Defendant Sworn
[X] Advised of Charges
[X] Advised of Rights
[X] Requests Appointment of Counsel
[ ] Retained Counsel
[X] Court Orders Counsel be Appointed
[ ]   Government Requests Detention & Continuance

[ ] **Arraignment**
[ ] Defendant Waived Reading of Indictment
[ ] Defendant Pleads Not Guilty to Counts_____
[ ] **Removal Hearing/Rule 40**
[ ] Defendant Waives Identity Hearing
[ ] Defendant Ordered Removed to Charging District. Order to Issue.
[ ] Defendant Released, Conditions Remain/ Modified/Set
[ ] Identity Established

[ ] **Preliminary Examination (Rule 5 or Rule 32.1)**
[ ] Probable Cause Found
[ ] Identity Established
[ ] Defendant Waives Identity Hearing
[ ] Defendant Waives Preliminary Examination

[ ] **Bail Hearing**
[ ] Bail Revoked, Defendant Ordered Detained
[ ] Defendant Released, Conditions Remain/Modified
[X] Defendant Released on unsecured bond with Conditions

[ ] **Detention Hearing**
[ ] Defendant Requests a Continuance
[ ] Defendant Consents to Voluntary Detention
[ ] Defendant Detained, Order to Issue
[ ] Defendant Released on _____ with conditions
[ ] Detention Taken Under Advisement

[ ] **Preliminary Probation Revocation Hearing**
[ ] Defendant Ordered Detained
[ ] Defendant Released

[ ] **Miscellaneous Hearings**
[ ] Attorney Appointment Hearing
[ ] Change of Plea (Rule 11) Hearing
[ ] Material Witness Hearing
[ ] Motion Hearing
[ ] _____ Status Conference
[ ] Other _____

## CONTINUED PROCEEDINGS

__P/C Hearing__ set for __1/8/04__ at __2:15 p__

## REMARKS

Case called, Counsel and Defendant appear for Initial Appearance, Gov't agrees to release with conditions, P/C hearing set for 1/8/04 @ 2:15 p